**9** JANET COHEN, Appellant, v RICHARD COHEN, Respondent. [667 NYS2d 278] —Appeal by the plaintiff, as limited by her brief, from stated portions of an order of the Supreme Court, Westchester County (Nicolai, J.), entered March 25, 1997.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Nicolai at the Supreme Court. Miller, J. P., Ritter, Sullivan, Santucci and McGinity, JJ., concur.